IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **BRANDON JEROD SMITH,**<br>     Plaintiff, | Civil Action No. 7:20-cv-00082 |
| v. | **MEMORANDUM OPINION** |
| **MEGAN L. GOODWIN, et al,**<br>     Defendant(s), | By:  **Michael F. Urbanski**<br>**Chief United States District Judge** |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered April 6, 2020, the court directed plaintiff to submit within 30 days from the date of the order the required inmate account information for the required period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that period.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This  15th  day of May, 2020.

_____
Chief United States District Judge